UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

ROGER THOMASON
a/k/a "Rozay,"
a/k/a "Zay,"

Defendant.

**SEALED INDICTMENT**

26 Cr.

26 CRIM 510

**COUNT ONE**
**(Sex Trafficking of a Minor)**

The Grand Jury charges:

1. From at least in or about January 2026 through in or about November 2026, in the Southern District of New York and elsewhere, ROGER THOMASON, a/k/a "Rozay," a/k/a "Zay," the defendant, knowingly, in and affecting interstate and foreign commerce, did recruit, entice, harbor, transport, provide, obtain, advertise, maintain, patronize, and solicit, by any means a person, knowing and in reckless disregard of the fact and having had reasonable opportunity to observe the person, that the person had not attained the age of 18 years and would be caused to engage in a commercial sex act, and aided and abetted, and willfully caused the same, to wit, THOMASON recruited, enticed, patronized, and solicited, and then harbored, transported, advertised, and maintained, and aided and abetted and willfully caused, the Minor Victim, who at relevant times was 14 and 15 years' old, to engage in sexual acts with other individuals in the Bronx, New York and elsewhere, on account of which those individuals paid the Minor Victim money, some of which THOMASON kept for himself.

(Title 18, United States Code, Sections 1591(a)(1) and (b)(2) and (2).)

## FORFEITURE ALLEGATIONS

2. As a result of committing the offense alleged in Count One of this Indictment, ROGER THOMASON, a/k/a "Rozay," a/k/a "Zay," the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 1594, any and all property, real and personal, involved in, used, or intended to be used to commit or to facilitate the commission of said offense; any and all property, real and personal, constituting or derived from proceeds obtained, directly or indirectly, as a result of said offense; and any and all property traceable to such property, including but not limited to a sum of money in United States currency representing the amount of property involved in said offense and proceeds traceable to the commission of said offense.

### Substitute Assets Provision

3. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third person;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be subdivided without difficulty,

it is the intent of the United States, pursuant to Title 18, United States Code, Section 1963(m) and Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

(Title 18, United States Code, Sections 1594;
Title 21, United States Codes, Section 853; and
Title 28, United States Code, Section 2461.)

[redacted]

JAMES M. MCDONALD
United States Attorney